■ In the Matter of THOMAS FETCHO, Petitioner, v JOHN W. BRANDT, as Onondaga County Court Judge, et al., Respondents. [653 NYS2d 894] —Petition unanimously dismissed without costs (*see, Matter of Emmi v Burke*, 236 AD2d 854 [decided herewith]). (Original Proceeding Pursuant to CPLR art 78.) Present—Pine, J. P., Lawton, Callahan, Doerr and Boehm, JJ.